USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BRITT'NI FIELDS, et al.,

                Plaintiffs,

-against-

SONY CORP. OF AMERICA, et al.,

                Defendants.

------------------------------------x

ORDER

13 Civ. 6520 (GBD)

GEORGE B. DANIELS, United States District Judge:

    In consideration of Plaintiff's Motion to Remand (ECF 10), Defendants are ORDERED to submit evidence, within 10 days of this order, of the number of interns that interned in the New York office over the six-year statute of limitations period.

Dated: New York, New York
       April 16, 2014

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge