UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITT'NI FIELDS, individually and on behalf of other persons similarly situated who were employed by SONY MUSIC ENTERTAINMENT, or any other entities affiliated with or controlled by SONY MUSIC ENTERTAINMENT,

Plaintiffs,

-against-

SONY MUSIC ENTERTAINMENT, and/or any other entities affiliated with or controlled by SONY MUSIC ENTERTAINMENT,

Defendants.

Civil Action No.
13-cv-6520(GBD)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action be dismissed with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure with each side to bear its own costs, and waiving all rights of appeal.

Dated: New York, New York
       December 23, 2015

VIRGINIA & AMBINDER LLP

By: _____
LaDonna M. Lusher, Esq.
40 Broad St., 7th Floor
New York, New York 10004
Tel. (212) 943-9080

*Attorneys for Plaintiffs*

PROSKAUER ROSE LLP

By: _____
Mark W. Batten, Esq.
Noa M. Baddish, Esq.
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000

*Attorney for Defendants*

SO ORDERED:

_____
George B. Daniels, U.S.D.J.

Dated: _____